IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02490-DDD-NRN

DARRIN DICKERSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ZAYO GROUP, LLC,

    Defendant.

## JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE

Defendant Zayo Group, LLC ("Defendant" or "Zayo") and Plaintiff Darrin Dickerson and the Opt-In Plaintiffs (collectively the "Parties"), hereby bring this Joint Motion for Settlement Approval and Dismissal with Prejudice under the Fair Labor Standards Act, 29 U.S.C. § 201. The Parties have in good faith met and conferred regarding the foregoing motion, pursuant to Local Rule 7.1(a). This motion is based upon the files, records, and proceedings herein, and upon the Parties' Memorandum of Law in Support of Joint Motion for Settlement Approval and Dismissal with Prejudice, filed herewith.

WHEREFORE, the Parties respectfully move the Court to grant the Parties' Joint Motion for Settlement Approval and Dismissal with Prejudice.

Respectfully submitted this 13th day of July, 2022.

| NICHOLS KASTER, LLP | DAVIS GRAHAM & STUBBS LLP |
|---|---|
| /s/ Daniel S. Brome | /s/ Sterling LeBoeuf |
| Daniel S. Brome, CA Bar 278915 | Sterling J. LeBoeuf |
| NICHOLS KASTER, LLP | Nathalie A. Bleuzé |
| 235 Montgomery St., Suite 810 | DAVIS GRAHAM & STUBBS LLP |
| San Francisco, CA 94104 | 1550 17th Street, Suite 500 |
| Telephone: 415-277-7239 | Denver, CO 80202 |
| Facsimile: 415-277-7238 | Telephone: 303-892-9400 |
| Email: dbrome@nka.com | Facsimile: 303-893-1379 |
| | Email: Sterling.LeBoeuf@dgslaw.com |
| Rachhana T. Srey, MN Bar 340133 | Email: Nathalie.Bleuze@dgslaw.com |
| Reena I. Desai, MN Bar 0388311 | |
| NICHOLS KASTER, PLLP | *Attorneys for Defendant Zayo Group, LLC* |
| 4700 IDS Center | |
| 80 South Eighth Steet | |
| Minneapolis, MN 55402 | |
| Telephone: 612-256-3200 | |
| Facsimile: 612-338-4878 | |
| Email: srey@nka.com | |
| Email: rdesai@nka.com | |

Benjamin L. Davis, III, MN Bar No. 29774
THE LAW OFFICES OF PETER T. NICHOLL
36 South Charles Street, Suite 1700
Baltimore, MD 212001
Phone: 410-244-7005
Email: bdavis@nicholllaw.com

*Attorneys for Plaintiffs*