**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Civil Action No. 20-cv-02490-NYW-NRN

DARRIN DICKERSON, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

ZAYO GROUP, LLC,

     Defendant.

---

## ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the "Report and Recommendation on Joint Motion for Settlement Approval and Dismissal with Prejudice (Dkt. #79)" ("Recommendation") issued by United States Magistrate Judge N. Reid Neuretier on October 31, 2022. [Doc. 90]. Judge Neuretier recommends that the Joint Motion for Settlement Approval and Dismissal with Prejudice, [Doc. 75], be granted, the Settlement Agreement entered between the Parties be approved, the final certification of the collective be granted for the purposes of facilitating the settlement, and the case be dismissed with prejudice. [Doc. 90 at 15–16].

The Recommendation states that objections to the Recommendation must be filed within 14 days after its service on the Parties. [*Id*. at 16]; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on October 31, 2022. *See* [Doc. 90]. On November 7, 2022, the Parties filed a Joint Notice of Non-Opposition to the Magistrate Judge's Report and Recommendation, [Doc. 91], stating that "[i]n an effort to expedite the Court's decision on the Report and Recommendation so that payment in this settlement can be made this year, the Parties

submit this Notice to inform the Court that neither party will file an objection to the Report and Recommendation." [*Id.* at 2].

In the absence of an objection, the district court may review a Magistrate Judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a [magistrate judge's] factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1]    Fed. R. Civ. P. 72(b), advisory committee's note to 1983 amendment.  Based on this review, the Court has concluded that the Recommendation is thorough, well-reasoned, and a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

(1)    The "Report and Recommendation on Joint Motion for Settlement Approval and Dismissal with Prejudice (Dkt. #79)" [Doc. 90] is **ADOPTED**;

(2)    The Joint Motion for Settlement Approval and Dismissal with Prejudice [Doc. 75] is **GRANTED**;

(3)    The Settlement Agreement [Doc. 76-1] is **APPROVED**;

(4)    Final certification of the collective is **GRANTED** for the purpose  of facilitating the settlement; and

(5)    This case is **DISMISSED** with prejudice.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review.  Fed. R. Civ. P. 72(b).

DATED:  November 14, 2022                    BY THE COURT:

_____
Nina Y. Wang
United States District Judge